*# 2 43 ~*

MN-305

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor:   Yves, Soua Thao and Christine Soua Thao

Chapter 7 Case No.   08-33784

Please Check One:

☐   Unclaimed Dividends

☒   Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Tcha Thao<br>1295 Kennard St.<br>St. Paul, MN  55106 | 3 | 3000.00 | 4.17 |

Date:   July 6, 2010 _____        _____
                                                                              Trustee

RECEIVED
10 JUL -7 AM 10: 01
U.S. BANKRUPTCY COURT
ST. PAUL, MN